UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHRISTOPHER GLAUDINO,
                     Plaintiff,

-against-                              20 Civ. 1159 (LGS)

LONG ISLAND RAILROAD COMPANY.      ORDER

                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated February 25, 2020, set the initial conference for April 9, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on April 2, 2020. ECF 5;

WHEREAS, the parties did not timely file pre-conference materials. It is hereby

**ORDERED** that the parties shall file the pre-conference materials as soon as possible, and no later than **April 7, 2020, at 12:00 P.M**.

Dated: April 4, 2020
        New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE