```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
------------------------------------------X  ELECTRONICALLY FILED
                                             DOC #:
CHRISTOPHER GLAUDINO,                        DATE FILED: 4/8/2020
                    Plaintiff
                                             20 Civ. 1159 (LGS)
        -against-
                                             ORDER
LONG ISLAND RAILROAD COMPANY,
                    Defendant.
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 9, 2020 (Dkt. No. 5),

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 9, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances. The parties are reminded that Federal Rule of Civil Procedure 30(b)(4) permits that depositions take place by remote means. Fed. R. Civ. P 30(b)(4).

Dated: April 8, 2020
        New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**