UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GLAUDINO,<br><br>                        Plaintiff<br><br>      - against -<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                        Defendant. | 20 Civ. 1159<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order directs the parties to file a joint status letter by June 1, 2020. ECF 12 at 4;

       WHEREAS, no joint status letter has been filed. It is hereby

       **ORDERED** that the parties shall file a joint status letter in compliance with the case management plan by **June 8, 2020**.

Dated: June 4, 2020
       New York, New York

                                                                      LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE