USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/01/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CHRISTOPHER GLAUDINO,

                Plaintiff,                              20-CV-1159 (LGS)

-against-                              **ORDER SCHEDULEING TELEPHONE
CONFERENCE**

LONG ISLAND RAILROAD COMPANY,

                Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This case has been referred to me for settlement purposes (docket no. 23).  A telephone conference will be held on **Tuesday, September 21, 2020 at 12:45 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

DATED:     New York, New York
               September 1, 2020

                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge