UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
CHRISTOPHER GLAUDINO,                                         :
                                    Plaintiff,                :
                                                              :  20 Civ. 1159 (LGS)
                  -against-                                   :
                                                              :  ORDER
LONG ISLAND RAILROAD COMPANY,                                 :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the April 8, 2020, Case Management Plan (Dkt. No. 12) set the pre-motion conference for dispositive motions on September 24, 2020, at 10:30 a.m., and set the deadline for expert discovery on September 25, 2020.  It is hereby

**ORDERED** that the September 24, 2020, pre-motion conference is **adjourned** to **October 7, 2020, at 10:30 a.m.**, on the following conference call line:  888-363-4749, access code:  558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The parties are reminded that if no timely pre-motion letter is filed per Individual Rule III.A.1, the conference will be cancelled.

Dated: September 18, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**