UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
  CHRISTOPHER GLAUDINO,                              :
                                    Plaintiff,       :          20 Civ. 1159 (LGS)
                                                    :
                    -against-                        :              ORDER
                                                    :
  LONG ISLAND RAILROAD COMPANY,                      :
                                    Defendant.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the jury trial in this action is scheduled to commence on February 1, 2021, at 9:45 a.m.  It is hereby

**ORDERED** that due to: (i) restrictions on courtroom gatherings in the two weeks following major holiday periods because of COVID-19; (ii) the suspension of jury trials through January 15, 2021, pursuant to Standing Order M-10-468 (*available at* Case No. 20 Misc. 622 Dkt. No. 1); (iii) the limited number of courtrooms available and (iv) the Southern District of New York's preference for holding criminal trials before civil trials, the trial scheduled for February 1, 2021, at 9:45 a.m., is **adjourned** to **June 21, 2021, at 9:45 a.m.**  That date is the first available for this trial, and this matter is second in line on the Court's trial-ready calendar for June.  The parties shall be ready to proceed on 24 hours' notice on or after June 21, 2021.  It is further

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) Any motions in limine shall be filed by **April 23, 2021**.  Responses to the motions shall be filed by **May 7, 2021**.  No replies shall be filed.  The parties shall follow the Court's Individual Rules regarding such motions.

(2) Joint requests to charge, *voir dire*, the verdict form and any memorandum of law, as

provided in the Court's Individual Rules, shall be filed by **May 14, 2021**.

(3) The final pretrial order shall be filed by **May 21, 2021**.

(4) The parties shall appear for the final pre-trial conference on **June 10, 2021, at 4:00 p.m.**, on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  It is further

**ORDERED** that the deadlines set forth in the September 29, 2020, Order (Dkt. No. 28) are **cancelled**.

Dated:  December 21, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**