UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTOPHER GLAUDINO,

                          Plaintiff,

            -against-

LONG ISLAND RAILROAD COMPANY,

                         Defendant.

------------------------------------------------------------X

20 Civ. 1159 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the final pre-trial conference in this action is scheduled for June 10, 2021, and trial is scheduled to begin on June 21, 2021, at 9:45 a.m.

    WHEREAS, due to the limited number of courtrooms available for jury trials during ongoing COVID-19 protocols, this matter did not receive a courtroom assignment in the second quarter of 2021. It is hereby

    ORDERED that the trial scheduled for June 21, 2021, is **adjourned** sine die, and the final pre-trial conference scheduled for June 10, 2021, is **adjourned** sine die. It is further

    **ORDERED** that by **March 15, 2021**, the parties shall meet and confer and file a joint letter (1) proposing three Mondays falling in the third quarter of 2021 on which they could commence a trial and (2) stating the estimated duration of the trial. The Court will request a courtroom to commence a trial in this matter on or around the proposed dates and notify the parties of any firm or back-up trial date when third quarter courtroom assignments are made (approximately a month in advance). It is further

**ORDERED** that by **March 15, 2021**, the parties shall file a joint letter stating (1) whether they wish to be referred for alternative dispute resolution before a magistrate judge or a Court-appointed mediator and (2) whether they intend to pursue private alternative dispute resolution.  It is further

**ORDERED** that the deadlines for pre-trial submissions in the Order, dated December 21, 2020, remain in effect (Dkt. No. 30).

Dated: March 1, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**