UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER GLAUDINO,
                              Plaintiff,

              -against-

LONG ISLAND RAILROAD COMPANY,
                              Defendant.
------------------------------------------------------------X

20 Civ. 1159 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated March 1, 2021 (Dkt. No. 31), directed the parties to propose Mondays in the third quarter of 2021 for trial, and the parties have proposed such dates (Dkt. No. 32). Accordingly, it is hereby

      **ORDERED** that the jury trial in this action shall begin on **July 19, 2021, at 9:45 a.m.,** subject to the need for, and availability of, suitable courtrooms for jury trials during a pandemic. The final pre-trial conference will be set closer to the trial date.

Dated: March 17, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE