UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER GLAUDINO,
                              Plaintiff,

              -against-                                    20 Civ. 1159 (LGS)

LONG ISLAND RAILROAD COMPANY,                              ORDER
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 17, 2021, scheduled the jury trial in this action for July 19, 2021, at 9:45 a.m., subject to the need for, and availability of, suitable courtrooms for jury trials during the COVID-19 pandemic.

WHEREAS, this trial has been placed in alternate status for the week of July 19, 2021. This trial is fourth in line to begin on each of July 19, July 20 and July 21. If the three cases ahead of this one on any of those days settle, trial in this case will begin on that day. The parties are reminded that cases often settle just before trial, and the parties shall be prepared to commence trial the week of July 19 on whichever day becomes available. It is hereby

**ORDERED** that the parties shall appear for the final pre-trial conference on **July 7, 2021, at 4:15 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333. If the parties wish to conduct the conference via video, they shall file a joint letter stating their preference by **June 8, 2021**. The parties are advised that they will be required to coordinate and provide a videoconferencing solution.

Dated: June 4, 2021
       New York, New York

_____
          **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**