UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHRISTOPHER GLAUDINO,
                                     Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,
                                     Defendant.
------------------------------------------------------------- X

20 Civ. 1159 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated June 4, 2021, stated that this trial was scheduled fourth in line for the week of July 19, 2021 (Dkt. No. 40).

    WHEREAS, two of the three cases scheduled ahead of this one on July 19, 2021, have settled, and this case is currently in second place on July 19, 2021. It is hereby

    **ORDERED** that the parties shall appear for a conference to discuss trial scheduling on **June 28, 2021, at 4:45 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333.

Dated: June 25, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**