UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER GLAUDINO,

                              Plaintiff,

           -against-

LONG ISLAND RAILROAD COMPANY,

                             Defendant.
------------------------------------------------------------X

20 Civ. 1159 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 25, 2021, stated that the jury trial in this action was second in place to begin on July 19, 2021, at 9:45 a.m. (Dkt. No. 41).

WHEREAS, the final pre-trial conference in this matter is scheduled for July 7, 2021, at 4:15 p.m.  It is hereby

**ORDERED** that trial in this matter is **adjourned** *sine die*.  The trial will be re-scheduled for the next available open trial date, subject to the availability of courtrooms during the COVID-19 pandemic.  It is further

**ORDERED** that the final pre-trial conference is **adjourned** *sine die*.  The final pre-trial conference will be re-scheduled once a trial date is set.

Dated: July 6, 2021
       New York, New York

                                                _____
                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE