UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHRISTOPHER GLAUDINO,

                              Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,
                              Defendant.
------------------------------------------------------------X

20 Civ. 1159 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated July 6, 2021, adjourned the trial and final pre-trial conference in this matter *sine die* pending availability of courtrooms during the COVID-19 pandemic. It is hereby

**ORDERED** that trial in this matter will begin on **November 29, 2021, at 9:45 a.m.** The parties are advised that this matter is in first place on the Court's trial-ready calendar for that date. It is further

**ORDERED** that the final pre-trial conference will be held on **November 18, 2021, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333.

Dated: July 15, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE