UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                           :
CHRISTOPHER GLAUDINO,                     :
                        Plaintiff,    :
                                   :        20 Civ. 1159 (LGS)
              -against-                :
                                   :        <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY,  :
                        Defendant.  :
                                   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, in light of the upcoming stand-by trial on November 29, 2021, and the shortage of courtrooms outfitted for safety during the COVID-19 pandemic, it is hereby

       **ORDERED** that the parties shall engage in renewed settlement discussions in good faith. A new settlement referral will issue to Magistrate Judge Katharine H. Parker. Deadlines for trial submissions are not stayed during settlement discussions unless the parties reach an agreement in principle.

Dated: September 20, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE