UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                               :

CHRISTOPHER GLAUDINO,            :

                  Plaintiff,   :

                             :       20 Civ. 1159 (LGS)

        -against-         :

                             :         ORDER

LONG ISLAND RAILROAD COMPANY,   :

                  Defendant.  :

                             :

---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on November 18, 2021.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that the trial previously scheduled to commence on November 29, 2021, at 9:45 a.m. is rescheduled for **December 6, 2021** at **9:45 a.m.**, subject to the availability of courtrooms during the COVID-19 pandemic**.**  It is further

      **ORDERED** that Plaintiff shall file a letter by **November 19, 2021**, advising whether the treating physician witnesses are available to testify in light of the new trial date.  It is further

      **ORDERED** that by **November 23, 2021**, the parties shall file their final exhibit lists, stating any remaining objections as set forth in the Court's Individual Rules.  By **November 23, 2021**, the parties shall provide, on a CD, an electronic version of any trial exhibits for which there remains an objection.

Dated: November 18, 2021
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**