UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                   :
CHRISTOPHER GLAUDINO,               :
                        Plaintiff,    :
                                                   :           20 Civ. 1159 (LGS)
                    -against-               :
                                                   :                   <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY,   :
                                  Defendant.   :
                                                   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a jury trial was scheduled to commence on December 6, 2021, subject to the availability of courtrooms during the COVID-19 pandemic.  It is hereby

       **ORDERED** that the jury trial is **adjourned** due to the unavailability of courtrooms during the COVID-19 pandemic.  It is further

       **ORDERED** that by **December 8, 2021**, the parties shall file a joint letter proposing three dates for the rescheduled trial in the second quarter of 2022.

Dated: November 24, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**