UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                      :
CHRISTOPHER GLAUDINO,                        :
                        Plaintiff,           :
                                                      :          20 Civ. 1159 (LGS)
                -against-                              :
                                                    :                 <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY,    :
                        Defendant.   :
                                                    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a jury trial was scheduled to commence on December 6, 2021, subject to the availability of courtrooms during the COVID-19 pandemic. A suitable courtroom is unavailable on that date. It is hereby

**ORDERED** that the jury trial is **adjourned** to **April 4, 2022** at **9:45 a.m.**, subject to the availability of courtrooms during the COVID-19 pandemic. It is further

**ORDERED** that by **March 14**, **2022**, the parties shall file their final exhibit lists, stating any remaining objections as set forth in the Court's Individual Rules. The parties shall also provide, on a CD, an electronic version of all trial exhibits.

Dated: December 6, 2021
        New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE