UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
CHRISTOPHER GLAUDINO, :
                Plaintiff, :
:   20 Civ. 1159 (LGS)
       -against- :
:   <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY, :
                Defendant. :
:
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the jury trial in this matter was scheduled to commence on April 4, 2022, subject to the availability of courtrooms during the COVID-19 pandemic.

    WHEREAS, due to the availability of courtrooms during the COVID-19 pandemic, that trial date is no longer available.  It is hereby

    **ORDERED** that the jury trial is **adjourned** to **April 11, 2022** at **9:45 a.m**.  The parties should consider the date firm.  It is further

    **ORDERED** that by **March 14**, **2022**, the parties shall file their final exhibit lists, stating any remaining objections as set forth in the Court's Individual Rules.  The parties shall also provide an electronic version of all trial exhibits.  The parties shall email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload the trial exhibits.  It is further

    **ORDERED** that the parties shall appear for a pre-trial conference on **March 28, 2022**, at **11:00 a.m.**

Dated: March 3, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**