UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                       :
CHRISTOPHER GLAUDINO,                    :
                     Plaintiff,  :
                                      :    20 Civ. 1159 (LGS)
         -against-               :
                                    :    <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY,  :
                    Defendant.  :
                                        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the jury trial in this matter is scheduled to commence on **April 11, 2022** at **9:45 a.m**.

      WHEREAS, by Order dated March 3, 2022, the parties were directed to file their final exhibit lists, stating any remaining objections as set forth in the Court's Individual Rules.

      WHEREAS, on March 14, 2022, the parties filed their final exhibit lists. It is hereby

      **ORDERED** that by **March 17, 2022**, Plaintiff shall file a letter stating its objections to Defendant's exhibits.

      The parties are advised that the conference on March 28, 2022 at 11:00 a.m., is telephonic and will be held on the following conference line: 888-363-4749, access code: 558-3333.

Dated: March 15, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE