UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER GLAUDINO,  :
                                    Plaintiff,  :    20 Civ. 1159 (LGS)
                 -against-  :    ORDER
LONG ISLAND RAILROAD COMPANY,  :
                                  Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences and the trial are CANCELED.

Dated: April 8, 2022
        New York, New York

                                                               LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE